AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2016 DEC 12 PM 12 59
U.S. DISTRICT COURT
NEW HAVEN, CT.

United States of America
v.
MUHAMMAD KAMRAN KHAN

Case No. 3:16mj716 (SALM)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 1, 2012 to February 26, 2014** in the county of **New Haven** in the
District of **Connecticut**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 50 U.S.C. § 1705(c) | Illegal Exports |
| 18 U.S.C. § 554 | Smuggling of Goods from the United States |
| 18 U.S.C. § 1956(a)(2)(A) | Money Laundering |
| ~~18 U.S.C. § 1001~~ | ~~False Statements~~ |

This criminal complaint is based on these facts:

**See attached Affidavit of Special Agent Brian D'Ambrosio, U.S. Department of Defense, Defense Criminal Investigative Service (DCIS)**

☑ Continued on the attached sheet.

*Complainant's signature*

**Brian D'Ambrosio, Special Agent U.S. Department of Defense, DCIS**
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **12/12/2016**

/s/
*Judge's signature*

City and state: **New Haven, Connecticut    Sarah A.L. Merriam, United States Magistrate Judge**
*Printed name and title*